In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of SILAS A. TUTTLE, Deceased. LILLIAS R. SMITH, Appellant; ELIZABETH I. PARSONS and Others, Respondents.— Order of the Surrogate's Court of Suffolk county denying petitioner's motion to vacate order for the examination of subscribing witnesses affirmed, with ten dollars costs and disbursements to

---

* Added by Laws of 1929, chap. 229, as amd. by Laws of 1930, chap. 174, and Laws of 1931, chap. 562.— REP.

respondents, payable out of the estate; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.